**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ALDRICK JOSEPH LAPORTE

        Plaintiff,

v.                                                CASE NO: 14-CV-12231-DT

CORIZON HEALTH, INC, ET AL.,

        Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION GRANTING DEFENDANT'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

      This matter was referred to United States Magistrate Judge Mona K. Mazjoub pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. In her report filed on August 24, 2015, the magistrate judge recommended that this court grant Defendant's Motion for Judgment on the Pleadings, denying Defendant's Motion to Compel as moot, dismiss the remaining claims against the remaining defendants without prejudice and dismiss the complaint in its entirety. No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

      Having reviewed the file and the report, the court concludes that the findings and conclusions of the magistrate judge are correct and ADOPTS the same for purposes of this Order.

      Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation [#26], Defendant Corizon's Motion for Judgment on the Pleadings [Dkt #21] is GRANTED, Defendant's Motion to Compel [Dkt #20] is DENIED AS MOOT. the claims against the remaining defendants are dismissed without prejudice and

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Plaintiff's complaint is DISMISSED in its entirety.


      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: September 28, 2015


I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 28, 2015, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522