# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ALDRICK JOSEPH LAPORTE,

      Plaintiff,

v.                          Case No. 14-12231

CORIZON HEALTH, INC.,, et al.,

      Defendant.

_____/

## JUDGMENT

In accordance with the court's "Order Adopting Magistrate Judge's Report and Recommendation Granting Defendant's Motion for Judgment on the Pleading" dated September 28, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Corizon Health, Inc. and John Does 1 and 2,  and against Plaintiff Aldrick Joseph Laporte. Dated at Detroit, Michigan, this 29th day of June, 2016.

                          DAVID J. WEAVER
                          CLERK OF THE COURT

                        BY:   s/Lisa G Wagner_____
                              Lisa Wagner, Deputy Clerk
                              and Case Manager to
                              Judge Robert H. Cleland