UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AL LAPORTE,

       Plaintiff,

v.                                  Case No. 14-12231

CORIZON HEALTH, INC., et al.,

       Defendants.
                                         /

**ORDER TERMINATING AS MOOT DEFENDANTS' MOTION FOR A SEPARATE JUDGMENT**

       On September 28, 2015, the court issued an order adopting Magistrate Judge Mona K. Majzoub's Report and Recommendation, denying as moot Defendant Corizon Health's Motion to Compel, and dismissing Plaintiff's Complaint in its entirety. (Dkt. # 27.) Now before the court is Defendants' "Motion to Enter a Separate Judgment Pursuant to Federal Rule of Civil Procedure 58." (Dkt. # 28.) The court initially failed to enter a final judgment, but remedied this mistake on June 29, 2016. (Dkt. # 29.) As such, the above-mentioned motion is now moot. Accordingly,

       IT IS ORDERED that Plaintiff's Motion to Enter a Separate Judgment (Dkt. # 28) is TERMINATED as moot.

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: July 7, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 7, 2016, by electronic and/or ordinary mail.

                                      s/Lisa Wagner
                                      Case Manager and Deputy Clerk
                                      (313) 234-5522